

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

March 28, 2018

Clerk, United States Bankruptcy Court
Eastern District Of New York
290 Federal Plaza
Central Islip, NY 11722

Re:     Rushmore Loan Management Services, LLC As servicing agent for MTGLQ Investors, LP vs. Shahla Tehrani, et al.
Case No.    17-73170-reg

Dear Sir or Madam:

    Enclosed herewith please find a Chamber's Copy of a Notice of Motion, Application, and Affidavit of Mailing of same filed by Gross Polowy, LLC.  Also enclosed herewith please find an original and one copy of a proposed Order.

    Please note that the motion has been scheduled for April 23, 2018 at 1:30pm in Central Islip, New York.

    If you have any questions, please feel free to call.

Very truly yours,

By:     Courtney R Williams, Esq.

Enc.